ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/27/2015 10:16:15 AM
CATHY LUSK
CLERK

NO. 12-14-00365-CV

**IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/27/2015 10:16:15 AM
CATHY S. LUSK
Clerk

**EDOM CORNER, LLC and
EARL A. BERRY, JR.,**

**Appellants**

**vs.**

**IT'S THE BERRY'S, LLC doing business as
MARY ELLEN'S**

**Appellee**

**On appeal from the 294th Judicial District Court of
Van Zandt County, Texas**

**MOTION FOR CONTINUANCE OF ORAL ARGUMENT**

Appellee It's The Berrys, LLC doing business as Mary Ellen's

("Mary Ellen's") respectfully moves, on the following grounds, for a

four-week continuance of the oral argument of this appeal now scheduled

for September 15, 2015:

1.     The undersigned counsel for Mary Ellen's learned on August

26, 2015 that he is to enter Presbyterian Hospital in Dallas, Texas on the

MOTION FOR CONTINUANCE OF ORAL ARGUMENT                                    1

morning of September 15, 2015 to prepare for heart surgery which will occur on September 17, 2015. Therefore, counsel for Mary Ellen's will be unable to appear for oral argument of this appeal on September 15, 2015.

2. **Certificate of conference:** The undersigned on August 26, 2015 conferred with counsel for appellants, who have no objection to the continuance sought by this motion.

Respectfully submitted,

Larry M. Lesh
State Bar No. 12225000
LAW OFFICE OF LARRY M. LESH
1 Forest Park Drive
Richardson, Texas 75080
(214) 237-8598
(972) 699-1456 Facsimile
lmlesh@sbcglobal.net

/s/ Larry M. Lesh
Larry M. Lesh

ATTORNEY FOR MARY ELLEN'S

## CERTIFICATE OF SERVICE

On August 27, 2015 the foregoing motion was served electronically on the

following counsel for appellants:

**Katherine A. Ferguson**
**RENSHAW DAVIS & FERGUSON, LLP**
**2900 Lee Street**
**P.O. Box 21**
**Greenville, Texas 75403-0021**
**(903) 454-6050**
**(903) 454-4898 Facsimile**
**rdflawoffice@yahoo.com**

/s/ Larry M. Lesh